**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**TAMMARA GORDON,** *et al.,*

    **Plaintiffs,**

  **vs.**                                     **Civil Action 2:10-CV-662
                                                  Judge Frost
                                                  Magistrate Judge King**

**RITA BOSWELL,** *et al.,*

    **Defendants.**

<u>**ORDER**</u>

    On January 25, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiffs' motion to remand, Doc. No. 10, be granted and this action be remanded to the Court of Common Pleas of Franklin County, Ohio.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

    The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  The plaintiffs' motion to remand, Doc. No. 10, is **GRANTED**.  This action is hereby **REMANDED** to the Court of Common Pleas of Franklin County, Ohio.

                                                                  <u> /s/   Gregory L. Frost   </u>
                                                                        Gregory L. Frost
                                                     United States District Judge